UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Yoandri Gonzalez Terrero,<br><br>　　　　Petitioner<br><br>v.<br><br>Kristi Noem, et al.,<br><br>　　　　Respondents | Case No.: 2:25-cv-02628-CDS-BNW<br><br>**Order Directing<br>Service of the Petition** |

　　　Petitioner Yoandri Gonzalez Terrero, immigration detainee, has filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Following a preliminary review of the petition, I direct that the petition be served on the respondents and direct the respondents to file a response.

　　　IT IS HEREBY KINDLY ORDERED that that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1) and this order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.Criste@usdoj.gov, Summer.Johnson@usdoj.gov and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

　　(a) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

  (b) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

  (c) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

  (d) Brian Henke, Field Office Director of the ICE Las Vegas Field Office, 501 South Las Vegas Blvd, South, Suite 200, Las Vegas, Nevada 89101

  (e) Rickisha L. Hightower, Assistant Chief Counsel, Office of Principal Legal Advisor, 501 South Las Vegas Blvd, South, Suite 200, Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the respondents must not transfer the petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, I find that this order is warranted to maintain the status quo pending resolution on the merits and finds that the petitioner has satisfied the factors governing the issuance of such preliminary relief.

IT IS FURTHER ORDERED that counsel for the respondents file a notice of appearance by January 27, 2026, and file and serve their response to the petition by February 5, 2026, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that the petitioner has 7 days following the filing of the response to file a reply.

Dated: January 21, 2026

_____
Cristina D. Silva
United States District Judge